**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KANTI GALA, an individual; et al., | No. 11-15111 |
|     Plaintiffs-counter-defendants - Appellants, | D.C. No. 2:10-cv-00079-RLH-RJJ |
|  v. | MEMORANDUM[*] |
| WILLIAM B. BRITT, an individual; et al., | |
|     Defendants-counter-claimants - Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Roger L. Hunt, Senior District Judge, Presiding

Argued and Submitted March 16, 2012
San Francisco, California

Before: WALLACE and BEA, Circuit Judges, and BENNETT, District Judge.[**]

The district court's judgment is VACATED. The case is REMANDED to

the district court to consider whether subject matter jurisdiction exists in this

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The Honorable Mark W. Bennett, District Judge for the U.S. District Court for Northern Iowa, sitting by designation.

matter.  28 U.S.C. § 1332; *Johnson v. Columbia Prop. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).